**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
             :
VICTOR ORTIZ,          :
             :
          Plaintiff,    :    18-CV-9990 (PGG) (OTW)
             :
   -against-      :    **ORDER**
             :
CITY OF NEW YORK, et al.,  :
             :
         Defendants. :
             :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On March 7, 2019, Judge Gardephe issued an order requiring Plaintiff to file an amended complaint within 30 days of receiving information on the identities of the John Doe Defendants. (ECF 9). In response to the Court's *Valentin* order, the City of New York identified seven officers with addresses for service. (ECF 22). The City also represented that Plaintiff might have been in possession of this information already.

Accordingly, Plaintiff shall file his amended complaint by **January 10, 2020**. If Plaintiff fails to file an amended complaint by that date, the Court may recommend that the case be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff is also directed to provide the Court with an updated mailing address. Failure to keep the Court apprised of current contact information may be deemed a failure to prosecute. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the Reading,

Pennsylvania address listed on page 3 of ECF 22 and to update the docket accordingly.

**SO ORDERED.**

Dated: December 9, 2019
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge