UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
VICTOR ORTIZ,

                      Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------x

18-CV-9990 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On December 9, 2019, Plaintiff was ordered to file his amended complaint by January 10, 2020 substituting the names of the Doe Defendants. (ECF 23). To date, Plaintiff has not filed an amended complaint. Although the City has informed the Court that Plaintiff has been released from custody, ECF 22, Plaintiff has not provided any updated address. Plaintiff is reminded that failure to keep the Court apprised of current contact information may result in dismissal of the action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Accordingly, by **March 27, 2020**, Plaintiff shall (1) file his amended complaint and (2) provide the Court with a current mailing address. Failure to do so may result in my recommending dismissal for failure to prosecute. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address on the docket.

        **SO ORDERED.**

Dated: February 26, 2020
       New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                        United States Magistrate Judge