**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
VICTOR ORTIZ,

                      Plaintiff,                    18-CV-9990 (PGG) (OTW)

        -against-                       **ORDER**

CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendants are directed to file a status letter by May 8, 2020 regarding their efforts to search for the *pro se* Plaintiff's updated address and to mail a hard copy of the Orders described in ECF 27 to the *pro se* Plaintiff. If Defendants are able to find an updated address for the *pro se* Plaintiff, they are directed to mail a copy of this Order as well and file proof of service on the docket within seven days of mailing.

**SO ORDERED.**

Dated: April 28, 2020
       New York, New York

                                                   *s/ Ona T. Wang*
                                                   **Ona T. Wang**
                                                   United States Magistrate Judge